## Appeal of Benjamin B. Eshbach et al.

OPINION BY MR. JUSTICE MESTREZAT, July 11, 1900:

For the reasons given in the opinion filed this day in the appeal of Susannah Good from the decree of the orphans' court of Lancaster county, the assignments of error in this appeal of the executors of John B. Eshbach, deceased, et al. are overruled, and the decree is affirmed.